# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## PLEA HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA, | **COURT MINUTES** |
| | BEFORE: Hon. Eric C. Tostrud |
| | United States District Judge |
| Plaintiff, | |

|  |  |
|---|---|
| Case No.: | 25-CR-260(1) (ECT/DLM) |
| Date: | May 11, 2026 |
| Court Reporter: | Tim Willette |
| Courthouse: | St. Paul |
| Courtroom: | 6B |
| Time in Court: | 1:03 p.m. – 1:34 p.m. |
| Total Time: | 31 Minutes |

v.

HAMZA ABDIRASHIID SAID,

Defendant.

**APPEARANCES:**

| | |
|---|---|
| For Plaintiff: | Albania Concepcion, Assistant United States Attorney |
| For Defendant: | Ian Birrell ☐ FPD, ☐ CJA, ☒ Retained, ☐ Appointed |

Interpreter/Language:      None / English

**PROCEEDINGS:**

☒ Change of Plea Hearing.

☒ PLEA:
  ☒ Guilty as to Count 1 of the Indictment.  Straight Plea; no plea agreement.

☒ Presentence Investigation and Report requested.

☒ Remanded to the custody of the U.S. Marshal.

s/ R. Morton
Courtroom Deputy